# RETURN OF SERVICE

**State of Florida**     **County of Hillsborough**     **Circuit Court**

Case Number: 24-CA-1113



Plaintiff:
**Worldwide Aircraft Services Inc., d/b/a Jet ICU**

vs.

Defendant:
**Worldwide Insurance Services, LLC, d/b/a GeoBlue**

For:
Michael Brannigan, Esq
Worldwide Aircraft Services Inc D/B/A Jet ICU
1511 N Westshore Blvd
Ste. 650
Tampa, FL 34607

Received by Venture Investigations & Process Service on the 5th day of March, 2024 at 8:28 am to be served on **Worldwide Insurance Services, LLC, d/b/a GeoBlue c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

I, Christopher "Chris" Compton, do hereby affirm that on the **5th day of March, 2024 at 12:35 pm**, I:

SERVED the within named LIMITED LIABILITY COMPANY by delivering a true copy of the Summons, Case Management Order, Petition to Confirm Arbitration Award, Exhibits with the date and hour of service endorsed thereon by me to: CHELSEA WANG as employee of the Registered Agent Company for Worldwide Insurance Services, LLC, d/b/a GeoBlue at 1201 Hays Street, Tallahassee, FL 32301 and informed said person of the contents therein, in compliance with 48.062.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher "Chris" Compton
Certified Process Server # 101

Venture Investigations & Process Service
P O Box 1132
Oldsmar, FL 34677-1132
(877) 771-9112

Our Job Serial Number: WPI-2024001403
Ref: WORLDWIDE

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s

Filing # 191578795 E-Filed 02/08/2024 03:38:01 PM

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

WORLDWIDE AIRCRAFT SERVICES INC., d/b/a JET ICU, a Florida Corporation,

    Petitioner,

vs.

WORLDWIDE INSURANCE SERVICES, LLC, d/b/a GEOBLUE,

    Respondent.

Case No.: 24-CA-1113
DIV. D

Date: 3.5.24
Time: 12:35pm
Initials: CMC- CPS#101

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *Worldwide Insurance Services, LLC, d/b/a GeoBlue*
Corporation Service Company
1201 Hays Street,
Tallahassee, FL 32301

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
**1511 North Westshore Blvd. Suite 650, Tampa, FL 33607**. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).